No. A–600. RHOADES ET AL. v. ARKANSAS. Ct. App. Ark. Application for stay, addressed to JUSTICE BRENNAN and referred to the Court, denied.

No. A–601. PARTIDO NUEVO PROGRESISTA ET AL. v. PEREZ, ADMINISTRATOR, PUERTO RICO ELECTIONS COMMISSION, ET AL. Application for recall and stay of the mandate of the United States Court of Appeals for the First Circuit, presented to JUSTICE BRENNAN, and by him referred to the Court, denied.

No. A–622 (80–1058). HAMPTON ROADS SHIPPING ASSN. ET AL. v. INTERNATIONAL LONGSHOREMEN'S ASSN. ET AL. C. A. 4th Cir. Application for stay, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–218. IN RE DISBARMENT OF KAUFMAN. It is ordered that Sidney B. Kaufman of Westfield, N. J., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.